**No. 51156.**—Protests 17738–K, etc., of Grand Gaslight, Inc., et al. (New York).

Opinion by KINCHELOE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE THIRD DIVISION, MAY 23, 1946

**No. 51157.**—Protests 33198–K, etc., of American Trading Co. et al. (Honolulu).

Opinion by CLINE, J. It was stipulated that the merchandise is similar in all material respects to that the subject of *United States* v. *Nippon Co.* (32 C. C. P. A. 164, C. A. D. 303). In accordance therewith certain items of the merchandise were held entitled to free entry under paragraph 1705 as kelp, and other items were held dutiable at 10 percent under paragraph 1540 as seaweeds, manufactured.

**No. 51158.**—Protests 57132–K, etc., of Latoracca Bros. et al. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and following the decisions cited the following allowances were made to compensate for the weight of the inedible substance on the outside of the cheese: (1) 2½ percent for the cheese similar in all material respects to that the subject of *Scaramelli* v. *United States* (9 Cust. Ct. 270, C. D. 706), Abstract 42146, and Abstract 48269; and (2) 1 percent for the cheese similar to the Reggiano cheese the subject of *Scaramelli* v. *United States, supra.* The protests were sustained to this extent.

**No. 51159.**—Protests 57374–K, etc., of A. C. Pecora et al. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and following the decisions cited the following allowances were made to compensate for the weight of the inedible substance on the outside of the cheese: (1) 2½ percent for the cheese similar in all material respects to that the subject of *Scaramelli* v. *United States* (9 Cust. Ct. 270, C. D. 706), Abstract 42146, and Abstract 48269; and (2) 1 percent for the cheese similar to the Reggiano cheese the subject of *Scaramelli* v. *United States, supra.* The protests were sustained to this extent.

**No. 51160.**—Protest 120887–K of National Distributing Co., Ltd. (Savannah).

Opinion by KEEFE, J. An examination of the entry papers disclosed that the protest was not filed until 61 days after liquidation. Inasmuch as the protest was filed too late under section 514, Tariff Act of 1930, the protest was dismissed.

**No. 51161.**—Protests 79802–K (B), etc., of S. S. Kresge Co. (Baltimore).

Opinion by EKWALL, J. In accordance with stipulation of counsel and following *Joseph Schmidt, Inc.* v. *United States* (9 Cust. Ct. 188, C. D. 690), the merchandise in question was held not subject to countervailing duty.